UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In Re:   )
         )
Edward Neibauer, Sr.   )   Bankruptcy No.: 18-16550-KHT
         )
         )   Chapter: 7
         )
    Debtor.   )

**Entry of Appearance**

Please check one box below that applies to you:

❑  Debtor(s)                    ❑ Attorney for Debtor(s)

❑  Creditor(s)                  ❑ Attorney for Creditor(s)

■  Entry of Appearance by Attorney


Andrew J. Romanow, Attorney for Gadeco, LLC

Andrew J. Romanow, Hall, Estill, Hardwick, Gable, Golden & Nelson, PC

1600 Stout Street, Suite 500

Denver, CO 80202

(303) 607-5445

Dated:   _____08/02/2018_____         _____s/ Andrew J. Romanow_____
                                                (Signature)