Edward Neibauer
3788 E. Caley Lane
Centennial, Colorado 80121
303-842-5551
Case No. 18-16550

August 10, 2018

Honorable Kimberley H. Tyson
U.S. Bankruptcy Court
District of Colorado

Re: Extension Request

Dear Judge Tyson:

I am respectfully requesting an extension to submit the first installment payment of $125.00 due today until Tuesday, August 14, 2018 and the missing documents from my initial filing which are also due today until Friday, August 17, 2018.

I have been ill this week and unable to complete the required actions per the court's instruction.

Please call if you have any questions.

Kind regards,

*[signature]*

Edward Neibauer
303-842-5551

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Document: 'Misc Document 1'  Submitted: 8/10/2018 10:11:51 AM

User Information

Edward Neibauer
3788 E. Caley Ln
Centennial
CO
80121

eneibauer55@gmail.com
303-842-5551