Edward Neibauer
3788 E. Caley Lane
Centennial, Colorado 80121
303-842-5551
Case No. 18-16550

August 17, 2018

Honorable Kimberley H. Tyson
U.S. Bankruptcy Court
District of Colorado

Re: Extension Request

Dear Judge Tyson:

I am respectfully requesting an extension to submit the missing documents from my initial filing which were due August 10, 2018 until August 22, 2018.

I have been unable to complete the required actions due to my continued illness.

Please call if you have any questions.

Kind regards,

Edward Neibauer
303-842-5551

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Document: 'Misc Document 2'  Submitted: 8/17/2018 7:05:04 AM

User Information

Edward Neibauer
3877 E Caley Ln
Centennial
CO
80121

eneibauer55@gmail.com
303-842-5551