**Edward Neibauer**
3877 E. Caley Lane
Centennial, Colorado 80121
303-842-5551
Case No. 18-16550

August 24, 2018

Honorable Kimberley H. Tyson
U.S. Bankruptcy Court
District of Colorado

Re: Extension Request

Dear Judge Tyson:

I am respectfully requesting another extension to submit the missing documents from my initial filing which were due August 24, 2018 until August 31, 2018.

I am in discussions with Easy Bankruptcy LLC to assist me in getting the deficient items filed next week.

Please call if you have any questions.

Kind regards,

*[signature]*

Edward Neibauer
303-842-5551

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Document: 'Misc Document 3'  Submitted: 8/24/2018 1:09:33 PM

User Information

Edward Neibauer
3877 E Caley Ln
Centennial
CO
80121

eneibauer55@gmail.com
303-842-5551