Edward Neibauer
3877 E. Caley Lane
Centennial, Colorado 80121
303-842-5551
Case No. 18-16550

August 31, 2018

Honorable Kimberley H. Tyson
U.S. Bankruptcy Court
District of Colorado

Re: Extension Request

Dear Judge Tyson:

I am respectfully requesting another extension to submit the missing documents from my initial filing which were due August 31, 2018 until September 10, 2018.

Easy Bankruptcy LLC was unable to assist me in getting the deficient items filed and after encouragement from the Trustee, Mr. Smiley, to retain legal counsel in my case I need the extra time to complete these tasks.

Please call if you have any questions.

Kind regards,

Edward Neibauer
303-842-5551

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Document: 'Misc Document 5'  Submitted: 8/31/2018 2:38:52 PM

User Information

Edward Neibauer
3877 E. Caley Ln
Centennial
CO
80121

eneibauer55@gmail.com
303-842-5551