UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

EDWARD NEIBAUER, SR.,

Debtor.

Bankruptcy Case No. 18-16550 KHT

Chapter 7

## ORDER DISMISSING DEFICIENT CASE

THIS MATTER arises upon the Debtor's incomplete filing of a bankruptcy case on July 27, 2018. On September 4, 2018, the Court issued an Order Granting Extension of Time (Docket No. 24) advising the Debtor that if the deficiency was not cured by September 10, 2018, the case would be subject to dismissal for failure to file the deficient documents pursuant to with 11 U.S.C. § 521(a).

It now appears that the Debtor has failed to timely cure the deficiencies in the filing of this case by failing to file the following documents:

1. Statement of Financial Affairs.
2. Schedules.
3. Chapter 7 Means Test Calculation.
4. Copies of paycheck stubs, payment advices, or other evidence of wages, salary, commissions or other income from any employer received within 60 days before the bankruptcy case was filed or a verified statement that no such document(s) exist using Local Bankruptcy Form 1007-6.1.
5. Summary of Schedules and Statistical Summary of Certain Liabilities.

As a result, Debtor has failed to comply with 11 U.S.C. § 521(a) and Fed. R. Bankr. P. 1007, thereby hampering the effective administration of this estate. The Court finds that Debtor's failure to cure such deficiencies constitutes cause for dismissal pursuant to 11 U.S.C. §§ 707(a), 1112(b), (e), 1208(c)(1), or 1307(c)(1), (9), as appropriate.

**IT IS THEREFORE ORDERED** that this case be and it hereby is **DISMISSED** without prejudice, and it is

**FURTHER ORDERED** that the Clerk shall give notice of this dismissal pursuant to Fed. R. Bankr. P. 2002(f), utilizing whatever addresses may be available from the record.

DATED this 19th day of September, 2018

BY THE COURT:

_Kimberley H Ty_____
Kimberley H. Tyson
United States Bankruptcy Judge